NANCY L. STAGG CA Bar No. 157034
  nstagg@foley.com
**FOLEY & LARDNER LLP**
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:  619.685.6454
FACSIMILE:  619.234.3510

ANDREW B. SERWIN CA Bar No. 179493
  aserwin@foley.com
TAMMY H. BOGGS CA Bar No. 252538
  tboggs@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TELEPHONE:  858.847.6700
FACSIMILE:  858.792.6773

EILEEN R. RIDLEY CA Bar No. 151735
  eridley@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:  415.434.4507

Attorneys for Defendant,
RAMADA WORLDWIDE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATROYA SIMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAMADA WORLDWIDE INC.; and DOES 1 through 10,<br><br>Defendants. | Case No: 12-CV-05029 PSG<br><br>**[PROPOSED] ORDER RELATING CASES**<br><br><u>CLASS ACTION</u><br><br>Related Cases:<br><br>*Joyce Roberts v. Wyndham International, Inc., et al.*, Case No. 12-cv-05083-KAW<br><br>*Joyce Roberts and Latroya Simpson v. Wyndham International, Inc., et al.*, Case No. 12-cv-05180-EDL |

On October 16, 2012, Defendant Ramada Worldwide Inc. filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12. Plaintiffs do not oppose the Motion. The Court, having considered the papers and pleadings on file, and good cause appearing:

///

HEREBY GRANTS Defendant's Administrative Motion.

IT IS SO ORDERED that *Joyce Roberts v. Wyndham International, Inc., et al.*, Case No. 12-cv-05083-KAW, and *Joyce Roberts and Latroya Simpson v. Wyndham International, Inc., et al.*, Case No. 12-cv-05180-EDL, are related to the first filed case *Latroya Simpson v. Ramada Worldwide, Inc.*, Case No. 12-cv-05029-PSG, which was removed to this Court on September 27, 2012.

Dated: October 17, 2012 

**PAUL S. GREWAL**

**UNITED STATES MAGISTRATE JUDGE**

4843-9207-3489.1