NANCY L. STAGG CA Bar No. 157034
    nstagg@foley.com
**FOLEY & LARDNER LLP**
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:     619.685.6454
FACSIMILE:     619.234.3510

ANDREW B. SERWIN CA Bar No. 179493
    aserwin@foley.com
TAMMY H. BOGGS CA Bar No. 252538
    tboggs@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TELEPHONE:     858.847.6700
FACSIMILE:     858.792.6773

EILEEN R. RIDLEY CA Bar No. 151735
    eridley@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:     415.434.4484
FACSIMILE:     415.434.4507

Attorneys for Defendant,
RAMADA WORLDWIDE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATROYA SIMPSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No:  12-CV-05029 PSG |
| PLAINTIFF, | **STIPULATION AND [PROPOSED] ORDER ON BRIEFING AND HEARING SCHEDULE RELATING TO DEFENDANTS' MOTIONS TO DISMISS/STRIKE** |
| V. | |
| RAMADA WORLDWIDE INC.; AND DOES 1 THROUGH 10, | CLASS ACTION |
| DEFENDANTS. | CASE REMOVED: 09/27/12 |

STIPULATION AND [PROPOSED] ORDER ON BRIEFING AND HEARING SCHEDULE RELATING TO
DEFENDANTS' MOTIONS TO STRIKE
CASE NO. 12-CV-05029 PSG

4852-4273-1281.1

**STIPULATION**

1

2          Based on Defendant Ramada Worldwide Inc.'s Administrative Motion to Consider

3    Whether Cases Should be Related, the parties to this action, as well as to the two cases sought to

4    be related to this case, *Joyce Roberts v. Wyndham International, Inc., et al.*, Case No. 12-CV-

5    05083-KAW, ("the *Roberts* action"); *Joyce Roberts and Latroya Simpson v. Wyndham*

6    *International, Inc., et al.*, Case No. 12-CV-05180-EDL, ("the *Roberts/Simpson* action"), by and

7    through their undersigned counsel, stipulate and agree as follows:

8          1.       In the event the Court issues an Order relating the *Roberts* and *Roberts/Simpson*

9    cases to the *Simpson* case and reassigning all three cases to Magistrate Judge Grewal, and the

10   initial responsive pleading motions of the Defendants are to be re-set for hearing in front of

11   Magistrate Judge Grewal, the parties stipulate and request that the Court order the following

12   briefing and hearing schedule for all three cases:

13          A.       Plaintiffs' oppositions to Defendants' motions, previously filed, shall be

14   ordered filed and served on November 2, 2012;

15          B.       Defendants' replies to Plaintiffs' oppositions shall be ordered filed and

16   served on November 13, 2012; and

17          C.       The hearing on such motions shall be held at 10:00 am. on November 27,

18   2012, along with any Case Management Conferences required by the Court.

19   No previous continuances or extensions have been sought by any of the parties in these actions.

20          IT IS SO STIPULATED.

21

22   Dated:  October 16, 2012              **KELLER GROVER LLP**
                                           ERIC A. GROVER
23                                         CAREY GAVIN BEEN

24

25                                         By:  /s/ Eric A. Grover
26                                              ERIC A. GROVER
                                                ATTORNEYS FOR PLAINTIFF LATROYA
27                                              SIMPSON

28

STIPULATION AND [~~PROPOSED~~] ORDER ON BRIEFING AND HEARING SCHEDULE RELATING TO
DEFENDANTS' MOTIONS TO STRIKE
CASE NO. 12-CV-05029 PSG

Dated:  October 16, 2012

**FOLEY & LARDNER LLP**
NANCY L. STAGG
ANDREW B. SERWIN
EILEEN R. RIDLEY
TAMMY H. BOGGS


By:  /s/ Nancy L. Stagg

NANCY L. STAGG
ATTORNEYS FOR DEFENDANT RAMADA
WORLDWIDE INC.


[~~PROPOSED~~] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Plaintiffs' oppositions to

Defendants' responsive pleading motions, previously filed, shall be ordered filed and served on

November 2, 2012.  Defendants' replies to Plaintiffs' oppositions shall be ordered filed and

served on November 13, 2012; and the hearing on such motions shall be held at 10:00 am. on

November 27, 2012, along with a Case Management Conference in each action.

IT IS SO ORDERED.


Dated: October 17, 2012

HON. PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE

4852-4273-1281.1