ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
RACHAEL G. JUNG (SBN 239323)
rjung@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 447-0100
Fax: (916) 933-5533

Attorneys for Plaintiff
Joyce Roberts

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOYCE ROBERTS, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>WYNDHAM INTERNATIONAL, INC.; WYNDHAM WORLDWIDE OPERATIONS, INC.; WYNDHAM HOTELS AND RESORTS, LLC;  and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No:  4:12-cv-05083-PSG<br><br>Hon. Magistrate Judge Paul S. Grewal<br><br>**STATEMENT OF RECENT DECISIONS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Date:  November 27, 2012<br>Time:  10:00 a.m.<br>Courtroom:  5 |

TO THE HONORABLE COURT, DEFENDANTS AND DEFENDANTS' COUNSEL OF RECORD IN THE ABOVE-ENTITLED CASE:

Under Civil Local Rule 7-3(d)(2), Plaintiff Joyce Roberts ("Plaintiff"), on behalf of herself and all others similarly situated, submits this Statement of Recent Decisions in support of her Opposition to Defendant's Motion to Dismiss and Motion to Strike Class Allegations.  Plaintiff attaches to this statement a recent unpublished decision by Northern District Magistrate Judge Joseph C. Spero. Because Judge Spero's decision references a recent unpublished decision by Central District Judge Christina A. Snyder, Judge Snyder's decision is attached for the Court's reference as well.  The two attachments are described as follows:

1. **Exhibit 1** is a true and correct copy of Magistrate Judge Spero's November 13, 2012 Order Denying Defendant's Motion to Transfer Venue to the Central District and Denying Defendant's Motion to Dismiss in *Simpson v. Best Western International, Inc.*, Case No. 3:12-cv-04672-JCS (N.D. Cal. November 13, 2012); and

2. Referenced in Magistrate Judge Joseph C. Spero's November 13, 2012 Order and attached to this statement as **Exhibit 1A** is a true and correct copy of Judge Snyder's October 22, 2012 Minute Order Denying Defendants' Motion to Dismiss Case in *Brown v. Defender Security Company et al.*, Case No. 2:12-cv-07319-CAS-PJW (C.D. Cal. October 22, 2012).

Respectfully Submitted,

Dated:  November 19, 2012        **KELLER GROVER LLP**

By:      /s/  Eric A. Grover
ERIC A. GROVER
RACHAEL G. JUNG
Attorneys for Plaintiff Joyce Roberts
And the Proposed Classes

1

STATEMENT OF RECENT DECISIONS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFS' MOTION TO DISMISS COMPLAINT / MOTION TO STRIKE CLASS ALLEGATIONS
Case No.: 4:12-cv-05083-PSG