1  NANCY L. STAGG CA Bar No. 157034
      nstagg@foley.com
2  **FOLEY & LARDNER LLP**
   402 WEST BROADWAY, SUITE 2100
   SAN DIEGO, CA 92101-3542
3  TELEPHONE:     619.234.6655
   FACSIMILE:     619.234.3510

4  TAMMY H. BOGGS CA Bar No. 252538
      tboggs@foley.com
5  **FOLEY & LARDNER LLP**
   3579 VALLEY CENTRE DRIVE, SUITE 300
   SAN DIEGO, CA 92130-3302
6  TELEPHONE:     858.847.6700
   FACSIMILE:     858.792.6773

7  EILEEN R. RIDLEY CA Bar No. 151735
      eridley@foley.com
8  **FOLEY & LARDNER LLP**
   555 CALIFORNIA STREET, SUITE 1700
   SAN FRANCISCO, CA 94104-1520
9  TELEPHONE:     415.434.4484
   FACSIMILE:     415.434.4507

10 Attorneys for Defendants,
   WYNDHAM INTERNATIONAL, INC.,
11 WYNDHAM WORLDWIDE OPERATIONS, INC.,
   WYNDHAM HOTELS AND RESORTS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE ROBERTS, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM INTERNATIONAL, INC.; WYNDHAM WORLDWIDE OPERATIONS, INC.; WYNDHAM HOTELS AND RESORTS, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 12-CV-05083 PSG<br><br>**STIPULATED VOLUNTARY DISMISSAL OF DEFENDANTS WYNDHAM INTERNATIONAL, INC. AND WYNDHAM WORLDWIDE OPERATIONS, INC. AND [~~PROPOSED~~] ORDER**<br><br>CLASS ACTION<br>Case Removed: October 1, 2012<br><br>JUDGE:           Hon. Paul S. Grewal<br>COURTROOM:   5 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joyce Roberts ("Plaintiff") and Defendants Wyndham International, Inc., Wyndham Worldwide Operations, Inc., and Wyndham Hotels and Resorts, LLC ("Defendants"), by and through their designated counsel, hereby stipulate and agree that Plaintiff's claims are voluntarily dismissed without prejudice as to Defendants Wyndham International, Inc. and Wyndham Worldwide Operations, Inc., and these two Defendants shall no longer be defendants in this action.  The Plaintiff and the dismissed Defendants further stipulate and agree that they shall bear her or their own attorneys' fees and costs as against each other.

IT IS SO STIPULATED.

Dated:  May 15, 2013        **FOLEY & LARDNER LLP**
                            NANCY L. STAGG
                            EILEEN R. RIDLEY
                            TAMMY H. BOGGS


                            BY:   /s/ Nancy L. Stagg
                                  NANCY L. STAGG
                            Attorneys for Defendants
                            WYNDHAM INTERNATIONAL, INC.,
                            WYNDHAM WORLDWIDE OPERATIONS,
                            INC., and WYNDHAM HOTELS AND RESORTS,
                            LLC


Dated:  May 15, 2013        **KELLER GROVER LLP**
                            ERIC A. GROVER
                            RACHAEL G. JUNG


                            BY:   /s/ Eric A. Grover
                                  ERIC A. GROVER
                            Attorneys for Plaintiff
                            JOYCE ROBERTS


Dated:  May 15, 2013        **LAW OFFICES OF SCOT D. BERNSTEIN, APC**
                            SCOT BERNSTEIN


                            BY:   /s/ Scot Bernstein
                                  SCOT BERNSTEIN
                            Attorneys for Plaintiff
                            JOYCE ROBERTS

1
STIPULATED VOLUNTARY DISMISSAL OF WWO AND WWI AND [~~PROPOSED~~] ORDER
CASE NO. 12-CV-05083 PSG

4842-5375-4387.1

**FILER'S ATTESTATION**

The undersigned filer attests, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of the document has been obtained from the other signatories to this document.

Dated: May 15, 2013                                    **FOLEY & LARDNER LLP**

By:  /s/ Nancy L. Stagg  _____
       NANCY L. STAGG
ATTORNEYS FOR DEFENDANTS
WYNDHAM INTERNATIONAL, INC.,
WYNDHAM WORLDWIDE OPERATIONS,
INC., and WYNDHAM HOTELS AND RESORTS,
LLC

**~~PROPOSED~~ ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Wyndham International, Inc. and Wyndham Worldwide Operations, Inc. are hereby dismissed without prejudice from this Action.  Plaintiff and the dismissed Defendants shall bear her or their own attorneys' fees and costs as against each other.

IT IS SO ORDERED.

Dated:  May 16, 2013

Hon. Paul S. Grewal
Magistrate Judge, United States District Court

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 15, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

/s/ Nancy L. Stagg
Nancy L. Stagg