ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
RACHAEL G. JUNG (SBN 239323)
rjung@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California  95630
Telephone: (916) 447-0100
Fax: (916) 933-5533

Attorneys for Plaintiff
JOYCE ROBERTS

[*additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE ROBERTS, individually and on behalf of classes of similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WYNDHAM HOTELS AND RESORTS, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No:  5:12-cv-05083-PSG<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE MOTION BRIEFING DEADLINES FOR (1) MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF RANDALL A. SNYDER AND (2) MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF ANYA VERKHOVSKAYA; [~~PROPOSED~~] ORDER [FIRST REQUESTED CONTINUANCE]**<br><br>Date:　　　　September 1, 2015<br>Time:　　　　10:00 a.m.<br>Courtroom:　 5, 4th Floor<br><br>Complaint Filed:　　July 17, 2012<br>FAC Filed:　　　　 February 2, 2015 |

    Plaintiff Joyce Roberts, on behalf of herself and all others similarly situated ("Plaintiff"), and Defendant Wyndham Hotel and Resorts, LLC ("Defendant") hereby stipulate, by and through their attorneys of record, to the following:

1. Plaintiff filed her Motion for Class Certification on April 27, 2015 [Dkt. No. 72];

2. Plaintiff designated several expert witnesses in connection with her Motion for Class Certification;

3. Pursuant to various prior Orders of the Court based on Stipulations of the parties, Defendant filed its Opposition to the Motion for Class Certification on June 19, 2015 [Dkt. No. 77];

4. Plaintiff's reply papers in connection with the Motion for Class Certification are due to be filed on or before July 22, 2015 [Dkt. No. 72];

5. Concurrent with its Opposition to Class Certification, Defendant filed a Motion to Exclude Expert Report and Testimony of Randall A. Snyder [Dkt. No. 78];

6. Defendant also filed a Motion to Exclude Expert Report and Testimony of Anya Verkhovskaya [Dkt. No. 79];

7. The hearings on Defendant's two Motions to Exclude are currently set for the same day as Plaintiff's Motion for Class Certification on September 1, 2015 at 10:00 a.m. [Dkt. Nos. 72, 78, 79];

8. Based on the auto-generated dates, Plaintiff's Oppositions to Defendant's two Motions to Exclude are currently due July 6, 2015, and Defendant's Reply Briefs are due July 13, 2015 [Dkt Nos. 78, 79];

9. Plaintiff's counsel, Eric Grover, is out of the country on vacation from June 19 through July 5, 2015;

10. In light of the briefing deadlines with the Motion for Class Certification and Plaintiff counsel's vacation, Plaintiff requires a short extension of time to file and serve her Oppositions to Defendant's two Motions to Exclude, to and including July 22, 2015; and

11. Defendant will require a similar extension of time to file and serve its Reply Briefs in support of its Motions to Exclude, to and including August 7, 2015.

-1-

1    12.    WHEREAS, in light of the foregoing, the Parties jointly propose, subject to the Court's approval, to continue the current Opposition and Reply filing and service deadlines for (1) Defendant's Motion to Exclude Expert Report and Testimony of Randall A. Snyder and (2) Defendant's Motion to Exclude Expert Report and Testimony of Anya Verkhovskaya to July 22, 2015 and August 7, 2015, respectively.

13.    This is the first extension requested by the Parties relating to the Opposition and Reply briefing on Defendant's two Motions to Exclude. Eight prior extensions of precertification discovery deadlines had previously been requested by the Parties and granted by the Court. Seven prior extensions of the class certification motion filing deadline had been requested by the Parties and granted by the Court.

IT IS SO STIPULATED.

Dated: June 24, 2015            **KELLER GROVER LLP**

By  */s/ Rachael G. Jung*
ERIC A. GROVER
RACHAEL G. JUNG

Attorneys for Plaintiff
JOYCE ROBERTS

Dated: June 24, 2015            **FOLEY & LARDNER LLP**

By  */s/ Nancy L. Stagg*
NANCY L. STAGG
Attorneys for Defendant
WYNDHAM HOTELS AND RESORTS, LLC

**~~PROPOSED~~ ORDER**

Based on the Stipulation of the parties and GOOD CAUSE APPEARING THEREFORE,

(a) Plaintiff's Oppositions to (1) Defendant's Motion to Exclude Expert Report and Testimony of Randall A. Snyder and (2) Defendant's Motion to Exclude Expert Report and Testimony of Anya Verkhovskaya are due July 22, 2015; and

(b) Defendant's Reply Briefs in Support of (1) Motion to Exclude Expert Report and Testimony of Randall A. Snyder and (2) Motion to Exclude Expert Report and Testimony of Anya Verkhovskaya are due August 7, 2015.

IT IS SO ORDERED.

Dated: June 25, 2015

_____
Hon. Paul S. Grewal
Magistrate Judge, United States District Court