# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE ROBERTS, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM INTERNATIONAL, INC.; WYNDHAM WORLDWIDE OPERATIONS, INC.; WYNDHAM HOTELS AND RESORTS, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 12-CV-05083-PSG<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT THE STATUS CONFERENCE ON JANUARY 19, 2016<br><br><u>CLASS ACTION</u><br><br>Date:        January 19, 2016<br>Time:       10:00 a.m.<br>Courtroom: 5, 4th Floor<br>Judge:      Hon. Paul S. Grewal<br><br>Complaint Filed:    July 17, 2012<br>FAC Filed:             February 2, 2015 |

1    IT IS HEREBY ORDERED that WHR's request to appear telephonically at the Status
2 Conference on January 19, 2016 at 10:00 a.m. is hereby granted.  Counsel should arrange for a Courtcall
3 appearance as indicated in the Court's Scheduling Notes.
4    **IT IS SO ORDERED**.

DATED: 1/14/2016

_____
HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE