ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
RACHAEL G. JUNG (SBN 239323)
rjung@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone:   (415) 543-1305
Facsimile:   (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,**
 **A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:   (916) 447-0100
Facsimile:   (916) 933-5533

Attorneys for Plaintiff and the Class

<div style="writing-mode:vertical">KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861</div>

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE ROBERTS, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>  vs.<br><br>WYNDHAM HOTELS AND RESORTS, LLC;<br>WYNDHAM HOTEL GROUP, LLC,<br><br>    Defendants. | Case No:  3:12-cv-05083-LB<br><br>Hon. Magistrate Judge Laurel Beeler<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF RUST CONSULTING, INC.**<br><br>Date:    October 20, 2016<br>Time:    9:30 a.m.<br>Ctrm:    C, 15th Floor<br><br>Complaint Filed:   July 17, 2012<br>FAC Filed:    February 2, 2015<br>SAC Filed:    March 28, 2016 |

DECLARATION OF RUST CONSULTING

CASE NO. 3:12-CV-05083-LB

I, Jason M. Stinehart, declare:

1.      I am a resident of the United States of America, and am over the age of 18. I am a Program Manager for Rust Consulting, Inc. ("Rust Consulting"), the professional settlement services provider that has been retained by the parties to serve as the Claims Administrator for the settlement in the above-referenced action. I am responsible for supervising the settlement services provided by Rust Consulting for this matter. The facts set forth herein are true of my own personal knowledge and I am informed and believe them to be true. If called as a witness, I could and would competently testify thereto.

## I.    EXPERIENCE OF RUST CONSULTING

2.      Rust Consulting specializes in class action notification and claims administration, including telephone support and web-based support, direct mail services, claims processing, and settlement fund distribution.  Rust Consulting began its claims administration practice in 1988 and has extensive experience in class action matters, having provided notification and/or claims administration services for over 5,000 projects.

## II.    OVERVIEW OF RUST CONSULTING'S RESPONSIBILITIES FOR CLASS NOTICE

3.      Rust Consulting's responsibilities in administering the settlement in this action to date have included the following:

(a)      Mailing the Postcard Settlement Class Notice to known Class Members;

(b)      Mailing the Long-form Settlement Class Notice to those Class Members requesting it;

(c)      Emailing the Email Settlement Class Notice to known Class Members where an email address was obtained;

(d)      Renting a post office box to which Class Members can send Requests for Exclusions, Objections and other communications;

(e)     Establishing a telephone number, 1-800-889-8319, which provides Class Members with a recorded line with information about the proposed settlement and allows callers to leave a voicemail messages;

(f)     Establishing and maintaining the settlement administration website, which provides Class Members and other visitors with information about the proposed settlement, court-imposed deadlines, allows them to both file a claim online and download settlement documents, including the Long-form Settlement Class Notice.

## III.   SETTLEMENT CLASS NOTICE

4.     One of Rust Consulting's primary responsibilities was to cause the Postcard Settlement Class Notice to be mailed to all known Class Members. Rust Consulting received a data file containing 94,055 unique telephone records and related address information, where available. As part of the preparation for mailing, Rust Consulting ran all telephone numbers with incomplete or no address information through the NEXXA Reverse Telephone Look Up in an effort to obtain names and mailing addresses associated with those telephone numbers. Rust Consulting then ran all address records through the National Change of Address database (NCOA) and received 8,991 updated addresses. These addresses were updated prior to mailing. After de-duping the data on exact name and address, on May 20, 2016, Rust Consulting caused to be mailed by first class mail, 96,327 Postcard Settlement Class Notices to Class Members. A true and correct copy of the mailed Summary Settlement Class Notice is attached hereto as Exhibit A.

5.     After performing an additional search for email addresses, Rust Consulting ended up with 15,465 emails addresses. After removing the email addresses of Class Members who had already filed a claim, on June 21, 2016, Rust Consulting caused 13,293 Settlement Email Notices to be emailed. A true and correct copy of the Email Settlement Class Notice is attached hereto as Exhibit B.

6.     As of August 15, 2016, Rust Consulting has mailed 859 Long-form Settlement Class Notices. Rust Consulting continues to receive, process, and mail Long-form Settlement

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305; Fax 415.543.7861

Class Notices as requested. A true and correct copy of the mailed Long-form Settlement Class Notice is attached hereto as Exhibit C.

7.     As of August 15, 2016, 174 Postcard Settlement Class Notices had been returned as undeliverable with a forwarding address and were promptly re-mailed.

8.     As of August 15, 2016, Rust Consulting sent 16,210 undeliverable Postcard Settlement Class Notices with no forwarding address to a batch trace and received 7,590 address updates and those notices were promptly re-mailed.

9.     In summary, out of the original 96,327 Postcard Settlement Class Notices mailed by Rust Consulting, only 11,588 have been deemed undeliverable; an 87.97% assumed deliverability rate.

10.    Rust Consulting established Post Office Box 2506, Faribault, MN 55021-9506 to receive written communication from Class Members, including correspondence or requests for exclusion.

11.    On May 11, 2016, Rust Consulting activated a toll-free number, 1-800-889-8319, which allows Class Members to hear information about the settlement, provides answers to frequently asked questions, and allows Class Members to request a Long-form Settlement Class Notice. As of August 13, 2016, the call center has received 1,986 calls.

12.    On May 11, 2016, Rust Consulting activated the settlement administration website, www.CARecordedCallsSettlement.com. This website provides Class Members with general information about the proposed settlement, allows Class Members to file a claim online, and includes certain Court documents related to this matter. A true and correct of the settlement website home page is attached hereto as Exhibit D. As of August 13, 2016, 41,305 unique visitors have visited the Settlement Website.

13.    Rust Consulting partnered with Kinsella Media, LLC to assist in the publication of notice in this case. The Declaration of Cecily Uhlfelder of Kinsella Media filed herewith describes the publication efforts undertaken in this case.

14.    As of August 15, 2016, Rust Consulting has verified 2,612 claims that make a total of 6,475 telephone calls during the class period. Other claims are still undergoing a review

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305; Fax 415.543.7861

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305; Fax 415.543.7861

process.  In addition, Rust Consulting is working with counsel for the parties to send out various communications to other individuals who submitted claims that have been provisionally classified as invalid in order to provide them with an opportunity to demonstrate they fall within the class definition.   Additional information on this process will be provided in advance of the final approval hearing.

15.   As of August 15, 2016, Rust Consulting had received 11 requests for exclusion. The deadline for requesting exclusion is September 3, 2016.  Rust Consulting will provide the list of all timely submitted exclusions with the updated report on Class Notice before the final approval hearing.

16.   As of August 15, 2016, Rust Consulting has not received any objections to the settlement.  The deadline for submitting objections is September 3, 2016.

17.   Through June 2016, Rust Consulting has spent $244,572.72 on the items outlined in Exhibit E, hereto, including $107,846.66 in connection with the publication of Class Notice. Rust Consulting anticipates that it will cost an additional approximately $53,959.86 to complete administration of the case, for a total of $298,532.58.  This amount is more than the $275,000 originally estimated.   The additional cost is almost entirely the result of the work that Rust Consulting will need to do in connection with the unexpected volume of likely fraudulent claims from individuals with non-California addresses and non-California telephone numbers.  Updated cost information will be provided in advance of the final approval hearing.  If additional claims that appear fraudulent need to be dealt with, this estimate could increase.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct.  Executed on this 18th day of August 2016, at Minneapolis, Minnesota.

_____
JASON M. STINEHART

# EXHIBIT "A"

Court-Ordered Legal Notice

Hotel Call Recording Settlement
Claims Administrator
c/o Rust Consulting
P.O. Box 2506
Faribault, MN 55021-9506

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID

**You may be part of a Hotels Class Action Settlement**

*BARCODE39* - ‹‹SEQUENCE››

‹‹NAME1››
‹‹NAME2››
‹‹NAME3››
‹‹NAME4››
‹‹ADDRESS1››
‹‹ADDRESS2››
‹‹CITY›› ‹‹STATE›› ‹‹ZIP››
‹‹COUNTRY››

# You may be part of a Hotels Class Action Settlement
## *DEADLINES APPLY*
### SUMMARY NOTICE OF CLASS ACTION SETTLEMENT

If you are a California resident who, while physically located in California, called one or more toll-free telephone numbers associated with **Wyndham Rewards®, Wyndham Hotels and Resorts®, Wyndham Grand® Hotels and Resorts, Wyndham Garden® Hotels, Travelodge®, Ramada®, Knights Inn®, Wingate®, Days Inn®, Super 8®, Baymont®, Hawthorn®, Microtel®, or Tryp®** between May 1, 2011 and March 23, 2012, inclusive, and were routed to a call center operated by a third-party vendor (Aegis), spoke with a representative and were recorded without notice, you may be entitled to money from a class action settlement.

A proposed $7,325,000 class action settlement has been reached in the lawsuit *Joyce Roberts v. Wyndham Hotels and Resorts, LLC, et al.*, USDC ND CA Case No. 12-cv-05083-LB. The lawsuit claims that Defendants' third party vendor recorded telephone calls of persons calling certain toll-free reservations and customer-service lines without telling callers that the calls may be recorded, allegedly in violation of California law. Defendants have denied the claims. Nonetheless, Defendants and the Class Representative have agreed to settle the dispute to avoid the uncertainty and costs of litigation.

This notice is only a summary. You may obtain more complete information by visiting www.CARecordedCalls Settlement.com and viewing the full class notice, by writing to the address at the bottom of this notice, or by calling the Claims Administrator at 1-800-889-8319.

**What are my legal rights?** Defendants' records show you might be a member of the settlement class. To receive a settlement payment, you must submit a claim. **It is expected that class members who submit a claim will receive at least $150 per qualified call, but not more than $5,000 per qualified call.** Whether or not you submit a claim, if the Court approves the settlement, and you do not take steps to exclude yourself from the settlement, you will be bound by all of the Court's orders. This means you will not be able to make any claims against Defendants covered by the settlement.

If you wish to submit a claim, visit www.CARecordedCalls Settlement.com or contact the Claims Administrator at 1-800-889-8319 to get a claim form. The deadline to submit claims is **August 18, 2016.**

If you do not wish to be a member of the settlement class, you must submit a letter to the Claims Administrator at the address below postmarked by **August 18, 2016.** If you request to be excluded from the settlement, you cannot submit a claim form. Visit the settlement website for more information.

If you wish to object to the settlement, you must do so by submitting your objection to the Court in person or postmarked by **August 18, 2016.** Visit the settlement website for more information.

---

**1-800-889-8319     www.CARecordedCallsSettlement.com**
**Hotel Call Recording Settlement Claims Administrator, c/o Rust Consulting, P.O. Box 2506, Faribault, MN 55021-9506**

# EXHIBIT "B"

## You may be part of a Hotels Class Action Settlement

*DEADLINES APPLY*

SUMMARY NOTICE OF CLASS ACTION SETTLEMENT

If you are a California resident who, while physically located in California, called one or more toll-free telephone numbers associated with **Wyndham Rewards®, Wyndham Hotels and Resorts®, Wyndham Grand® Hotels and Resorts, Wyndham Garden® Hotels, Travelodge®, Ramada®, Knights Inn®, Wingate®, Days Inn®, Super 8®, Baymont®, Hawthorn®, Microtel®, or Tryp®** between May 1, 2011 and March 23, 2012, inclusive, and were routed to a call center operated by a third-party vendor (Aegis), spoke with a representative and were recorded without notice, you may be entitled to money from a class action settlement.

A proposed $7,325,000 class action settlement has been reached in the lawsuit *Joyce Roberts v. Wyndham Hotels and Resorts, LLC, et al.,* USDC ND CA Case No. 12-cv-05083-PSG. The lawsuit claims that Defendants' third party vendor recorded telephone calls of persons calling certain toll-free reservations and customer-service lines without telling callers that the calls may be recorded, allegedly in violation of California law. Defendants have denied the claims. Nonetheless, Defendants and the Class Representative have agreed to settle the dispute to avoid the uncertainty and costs of litigation.

This notice is only a summary. You may obtain more complete information by visiting www.CARecordedCallsSettlement.com and viewing the full class notice, by writing to the address at the bottom of this notice, or by calling the Claims Administrator at 1-800-889-8319.

What are my legal rights? Defendants' records show you might be a member of the settlement class. To receive a settlement payment, you must submit a claim. **It is expected that class members who submit a claim will receive at least $150 per qualified call, but not more than $5,000 per qualified call.** Whether or not you submit a claim, if the Court approves the settlement, and you do not take steps to exclude yourself from the settlement, you will be bound by all of the Court's orders. This means you will not be able to make any claims against Defendants covered by the settlement.

If you wish to submit a claim, visit www.CARecordedCallsSettlement.com or contact the Claims Administrator at 1-800-889-8319 to get a claim form. The deadline to submit claims is **August 18, 2016**.

If you do not wish to be a member of the settlement class, you must submit a letter to the Claims Administrator at the address below postmarked by **August 18, 2016**. If you request to be excluded from the settlement, you cannot submit a claim form. Visit the settlement website for more information.

If you wish to object to the settlement, you must do so by submitting your objection to the Court in person or postmarked by **August 18, 2016**. Visit the settlement website for more information.

1-800-889-8319          www.CARecordedCallsSettlement.com

Hotel Call Recording Settlement Claims Administrator, c/o Rust Consulting,
P.O. Box 2506, Faribault, MN 55021-9506

# EXHIBIT "C"

HOTEL CALL RECORDING SETTLEMENT CLAIMS ADMINISTRATOR
C/O RUST CONSULTING
PO BOX 2506
FARIBAULT MN  55021-9506

## IMPORTANT LEGAL MATERIALS

| FOR OFFICIAL USE ONLY |
|---|
| 01 |

Page 1 of 2

‖‖‖‖‖‖‖‖‖‖‖ * B A R C O D E 3 9 * ‖‖‖‖‖‖‖‖‖‖‖ - <<SequenceNo>>

<<Name1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<City>> <<State>> <<Zip10>>
<<CountryName>>

# HOTEL RECORDING CASE SETTLEMENT CLAIM FORM

This Claim Form is for California residents who, while physically located in California, called one or more toll-free telephone numbers associated with Wyndham Rewards®, Wyndham Hotels and Resorts®, Wyndham Grand® Hotels and Resorts, Wyndham Garden® Hotels, Travelodge®, Ramada®, Knights Inn®, Wingate®, Days Inn®, Super 8®, Baymont®, Hawthorn®, Microtel®, or Tryp® between May 1, 2011 and March 23, 2012, inclusive, were routed to an Aegis call center, spoke with a representative and were recorded without notice the call was being recorded.

To receive your share of the settlement, **you must submit this completed Claim Form either online by accessing the Settlement Website at www.CARecordedCallsSettlement.com, or by regular mail to the following address, postmarked no later than August 18, 2016**:

<div align="center">

Hotel Call Recording Settlement Claims Administrator
c/o Rust Consulting
P.O. Box 2506
Faribault, MN 55021-9506
Toll Free: 1-800-889-8319
Website: www.CARecordedCallsSettlement.com

</div>

Please note that the value of your settlement payment will be based on the number of qualified calls you made during the Class Period, May 1, 2011 through March 23, 2012, inclusive.  Defendants have a list of all telephone numbers associated with the calls that were recorded during the Class Period.  You should provide all possible telephone numbers you may have used to call Defendants' toll-free telephone numbers during the Class Period.

| I.      Your Name and Address |
|---|

Please clearly print or type your information in the spaces below:

Name: _____

Street Address: _____

City: _____ State _____ Zip Code: ____ ____ ____ ____

Phone Number(s) used to make calls between
May 1, 2011 and March 23, 2012, inclusive:      (____ ____ ____) ____ ____ ____ - ____ ____ ____ ____

(____ ____ ____) ____ ____ ____ - ____ ____ ____ ____

(____ ____ ____) ____ ____ ____ - ____ ____ ____ ____

<div align="center">

Questions? Call 1-800-889-8319 or visit www.CARecordedCallsSettlement.com

</div>

  

 - <<SequenceNo>>

## II.     Release

I understand that in exchange for the consideration provided for in this Settlement, upon entry of the Final Approval Order and Judgment, and as set forth more fully in the Settlement Agreement, I shall have fully, finally, irrevocably, and forever released Wyndham Hotels and Resorts, LLC, Wyndham Hotel Group, LLC, Aegis USA, Inc., now known as TPUSA-FHCS,Inc. , and, for each, its past or present direct and indirect parents, affiliates and subsidiaries (whether or not wholly owned) and their respective directors, officers, employees, agents, insurers, shareholders, members, attorneys, advisors, consultants, representatives, partners, affiliates, related companies, parents, subsidiaries (whether or not wholly owned), joint ventures, divisions, predecessors, successors, and assigns and each of them (collectively, the "Released Parties") from any and all liabilities, claims, causes of action, damages (whether actual, compensatory, statutory, punitive or of any other type), penalties, costs, attorneys' fees, losses, or demands, whether known or unknown, existing or suspected or unsuspected, that were or reasonably could have been asserted based on the factual allegations contained in the action entitled *Joyce Roberts v. Wyndham Hotels & Resorts, LLC, et al.,*United States District Court for the Northern District of California Case no. 12-cv-05083 PSG ("the Action"), or relate to or arise out of the alleged recording, monitoring, or eavesdropping upon telephone calls made to Defendants or any of the other Released Parties (except for calls to Howard Johnson toll free telephone numbers) prior to March 24, 2012 (collectively, the "Released Claims"). The Released Claims include, but are not limited to, claims that were or reasonably could have been asserted based on the factual allegations contained in the Action alleging violation of any law prohibiting or regulating the monitoring, recording or eavesdropping on telephonic calls without the consent of all parties, including but not limited to any claims under California Penal Code §§ 631, 632, 632.7 and 637.2. The Released Claims also include but are not limited to claims under any other California or federal statute, code, rule or regulation that regulates or restricts the monitoring, recording or eavesdropping on telephone calls.

## III.     Certification

**By my signature below, I certify to my best honest belief, that I called a toll-free telephone number associated with Wyndham Rewards®, Wyndham Hotels and Resorts®, Wyndham Grand® Hotels and Resorts, Wyndham Garden® Hotels, Travelodge®, Ramada®, Knights Inn®, Wingate®, Days Inn®, Super 8®, Baymont®, Hawthorn®, Microtel®, or Tryp® at least once between May 1, 2011 and March 23, 2012, inclusive, while residing and physically located in California and spoke with a representative.**

Signature: _____ Dated: ___ ___ / ___ ___ / ___ ___ ___ ___

Print Name: _____

Questions? Call 1-800-889-8319 or visit www.CARecordedCallsSettlement.com

Page 2 of 2

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Joyce Roberts v. Wyndham Hotels and Resorts, LLC, et al.*
**United States District Court for the Northern District of California**
**Case No. 12-cv-05083-PSG**

### READ THIS NOTICE CAREFULLY
### YOUR LEGAL RIGHTS MAY BE AFFECTED

California residents who, while physically located in California, called one or more toll-free telephone numbers associated with Wyndham Rewards®, Wyndham Hotels and Resorts®, Wyndham Grand® Hotels and Resorts, Wyndham Garden® Hotels, Travelodge®, Ramada®, Knights Inn®, Wingate®, Days Inn®, Super 8®, Baymont®, Hawthorn®, Microtel®, or Tryp® between May 1, 2011 and March 23, 2012, inclusive, spoke with a representative and were recorded without notice, may be entitled to money from a class action settlement. Please read the rest of this Notice to find out more.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Participate in the Settlement** | If you wish to receive a Settlement Payment, read this Notice for information on how to file a claim. If you do not file a Claim Form by August 18, 2016, you will not receive a Settlement Payment. |
| **Exclude Yourself from the Settlement** | If you do not want to participate in the settlement, you must send a letter requesting exclusion postmarked no later than August 18, 2016 or else you will be bound by the settlement. |
| **Object to the Settlement** | If you wish to object to the settlement, you must do so by August 18, 2016. Follow the directions in this Notice. |
| **Participate in the Hearing** | If you submit a timely objection to the settlement, you may also indicate in the objection whether you wish to appear in court and be heard at the time of the final fairness hearing. |
| **Do Nothing** | If you do nothing with respect to this Notice, you will not receive any Settlement Payment and you will be bound by the terms of the settlement including the release of claims described below. |

**THESE RIGHTS AND OPTIONS, INCLUDING THE DEADLINES BY WHICH
TO EXERCISE THEM, ARE EXPLAINED IN THIS NOTICE BELOW**

### What is the Case About?

This class action case ("the Action") alleges that Wyndham Hotels and Resorts, LLC and Wyndham Hotel Group, LLC ("Defendants") violated California laws that prohibit the recording of telephone calls without notice to or consent of callers. The case covers calls made by natural persons who were California residents and who, while physically located in California, called one or more toll-free telephone numbers associated with **Wyndham Rewards®, Wyndham Hotels and Resorts®, Wyndham Grand® Hotels and Resorts, Wyndham Garden® Hotels, Travelodge®, Ramada®, Knights Inn®, Wingate®, Days Inn®, Super 8®, Baymont®, Hawthorn®, Microtel®, or Tryp®** between May 1, 2011 and March 23, 2012, inclusive, were routed to a call center operated by a third-party vendor (Aegis), spoke with a representative and were recorded without notice.

### What is a Class Action?

In a class action, one or more people called Class Representatives (in this case Joyce Roberts) sue on behalf of people who have similar claims.

### Am I a Class Member?

You are a Class Member if you are a California resident and, while physically located in California, you called one or more toll-free telephone numbers associated with **Wyndham Rewards®, Wyndham Hotels and Resorts®, Wyndham Grand® Hotels and Resorts, Wyndham Garden® Hotels, Travelodge®, Ramada®, Knights Inn®, Wingate®, Days Inn®, Super 8®, Baymont®, Hawthorn®, Microtel®, or Tryp®** between May 1, 2011 and March 23, 2012, inclusive, were routed to an Aegis-operated call center, spoke with a representative and were recorded without notice.

**Please note that not all such calls were routed to an Aegis-operated call center. Some calls were routed to other call centers operated by Defendants that provided a call recording warning. Defendants have records of all telephone numbers that were routed to Aegis-operated call centers and were recorded. If you received notice of this proposed settlement by postcard or email, there are records indicating that you might be a member of the Class entitled to submit a Claim Form. You may be a member even if you did not receive notice by postcard or email. If you are not sure whether you qualify, you can contact the Claims Administrator by calling 1-800-889-8319 or by email at info@CARecordedCallsSettlement.com to ask whether your telephone number or numbers appear on the list of Aegis-recorded calls.**

### Why is There a Settlement?

Both sides agreed to a settlement to avoid the uncertainty and cost of class certification and a trial and to provide benefits to Class Members more promptly. The Court did not decide in favor of the Class Representative, Class Members or Defendants, and Defendants deny any liability or wrongdoing of any kind associated with the claims in this class action.

### What Can I Get From The Settlement?

Defendants have agreed to create a settlement fund of $7,325,000. After class action notice and administration fees and costs, a service payment to the class representative, and Class Counsel's attorneys' fees and costs are deducted, the entire remaining amount will be divided up amongst all Class Members based on the number of qualified calls made by Class Members who submit timely and valid Claim Forms. Although the actual amount paid out to individual Class Members will depend on the number of Class Members who submit timely and valid Claims Forms, based on claims rates in similar cases, it is estimated that each Class Member who submits a timely and valid Claim Form will receive at least **$150 per qualified call**, but not more than $5,000 per qualified call, although the actual amount may be more or less than this.

### What Do I Need to Do To Receive a Settlement Payment?

**You must complete a Claim Form and return it to the Claims Administrator on time.** You may obtain a hard copy Claim Form from the Settlement Website, www.CARecordedCallsSettlement.com, by calling 1-800-889-8319, or by writing to the Claims Administrator at Hotel Call Recording Settlement Claims Administrator, c/o Rust Consulting, P.O. Box 2506, Faribault, MN 55021-9506. You also may submit a completed Claim Form online at the Settlement Website, www.CARecordedCallsSettlement.com. A Claim Form will not be considered timely unless it is returned to the Claims Administrator online or sent by mail postmarked no later than August 18, 2016.

### What Am I Giving Up to Get Settlement Benefits or Stay In the Class?

Unless you exclude yourself, as described below, you will remain in the Class and be bound by the terms of the settlement and all of the Court's orders regardless of whether you submit a claim form. This means that you can't sue or be part of any other lawsuit against Defendants or other Released Parties (defined below) about the issues in this case. Staying in the Class also means that you agree to the following release of claims, which describes the legal claims that you give up:

**Release by the Settlement Class.** Upon entry of the Final Approval Order and Judgment, the Settlement Class Representative and each Settlement Class Member, and their respective heirs, assigns, successors, agents, attorneys, executors, and representatives, shall be deemed to have and by operation of this Agreement and the Final Approval Order and Judgment shall have fully, finally, irrevocably, and forever released Wyndham Hotels and Resorts, LLC, Wyndham Hotel Group, LLC , Aegis USA, Inc., now known as TPUSA-FHCS, Inc., and, for each, its past or present direct and indirect parents, affiliates and subsidiaries (whether or not wholly owned) and their respective directors, officers, employees, agents, insurers, shareholders, members, attorneys, advisors, consultants, representatives, partners, affiliates, related companies, parents, subsidiaries (whether or not wholly owned), joint ventures, divisions, predecessors, successors, and assigns and each of them (collectively, the "Released Parties") from any and all liabilities, claims, causes of action, damages (whether actual, compensatory, statutory, punitive or of any other type), penalties, costs, attorneys' fees, losses, or demands, whether known or unknown, existing or suspected or unsuspected, that were or reasonably could have been asserted based on the factual allegations contained in the Action, or relate to or arise out of the alleged recording, monitoring, or eavesdropping upon telephone calls made to Defendants or any of the other Released Parties (except for calls to Howard Johnson toll free telephone numbers) prior to March 24, 2012 (collectively, the "Released Claims"). The Released Claims include, but are not limited to, claims that were or reasonably could have been asserted based on the factual allegations contained in the Action alleging violation of any law prohibiting or regulating the monitoring, recording or eavesdropping on telephonic calls without the consent of all parties, including but not limited to any claims under California Penal Code §§ 631, 632, 632.7 and 637.2. The Released Claims also include but are not limited to claims under any other California or federal statute, code, rule or regulation that regulates or restricts the monitoring, recording or eavesdropping on telephone calls.

### When Can I Expect To Receive My Settlement Payment?

The Court will hold a hearing on October 18, 2016, to decide whether to give final approval to the settlement. If the settlement is finally approved, payments may be made as soon as 60 days after this date but, depending on what happens in the case, payments may be delayed. You will be kept informed of the progress of the settlement through the dedicated settlement website at www.CARecordedCallsSettlement.com. Please be patient.

### Can I Exclude Myself From the Settlement?

If you don't want to receive benefits from this settlement, but you want to keep the right to sue Defendants or any of the Released Parties on your own at your own expense about the issues in this case, then you must take steps to exclude yourself from the settlement. This is also called "opting-out" of the settlement. To exclude yourself from the settlement, you must send a letter by first class United States mail to the Claims Administrator, containing: (1) the title of the Action; (2) the full name, address, and telephone number of the person requesting exclusion; (3) a statement that you request to be excluded from the Settlement Class. Also, you are requested but not required to provide: (4) a short statement of the reasons for the request; and (5) the telephone number(s) that you claim to have used in making a call covered by this class action settlement. Be sure to include your name, address, telephone number, and signature. Your letter requesting exclusion from the settlement must be postmarked no later than August 18, 2016 and mailed to:

<div align="center">

Hotels Call Recording Settlement Exclusions
c/o Rust Consulting
P.O. Box 2506
Faribault, MN 55021-9506

</div>

If you request exclusion from the settlement, you will not get any settlement benefits, and you cannot object to the terms of the settlement. You will not be legally bound by anything that happens in this lawsuit.

### If I Don't Exclude Myself, Can I Sue the Defendants for the Same Thing Later?

No. Unless you exclude yourself, you give up any right to sue Defendants and any of the Released Parties for the claims that this settlement resolves. If you have a pending lawsuit covering these same claims, speak to your lawyer in that case immediately. You must exclude yourself from this settlement to continue your own lawsuit.

## Do I Have a Lawyer in the Case?

The Court has appointed Eric A. Grover of Keller Grover LLP and Scot Bernstein of the Law Offices of Scot D. Bernstein, A Professional Corporation to represent you and other class members as Class Counsel. They will be paid from the settlement fund and you will not be charged for this. If you want to be represented by your own lawyer, you may hire one at your own expense.

## How Will the Lawyers and the Class Representatives Be Paid?

Class Counsel will ask the Court to approve payment of up to $1,831,250 (25% of the $7,325,000 settlement fund) in attorneys' fees and an additional amount for out-of-pocket costs, which is estimated not to exceed $50,000. The fees would pay Class Counsel for investigating the facts, litigating the case, negotiating the settlement, and following through to make sure that its terms are carried out. Class Counsel also will ask the Court to approve a payment of $15,000 to Joyce Roberts for her service as Class Representative. The Court may award less than these amounts. These amounts, along with the costs of settlement notice and administration, will be paid out of the $7,325,000 settlement fund. Class Counsel will file with the Court their motion for award of attorneys' fees, litigation costs, administration costs and Class Representative's service payment no later than August 19, 2016. After that date, you may view the motion on the settlement website.

## How Do I Tell the Court That I Don't Like the Settlement?

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

You must object to the proposed settlement in writing. All written objections and supporting papers must include: (1) the name and case number of the lawsuit *(Roberts v. Wyndham Hotels and Resorts, LLC, et al.,* USDC ND CA Case No. 12-cv-05083-PSG); (2) the objector's full name and postal address; (3) proof of the objector's membership in the Class; (4) all grounds for the objection including, if available, the factual and legal bases for the objection known to the objector or his or her counsel and the relief the objector is seeking; (5) the identity, postal address, and telephone number for all counsel who represent the objector, if any; and (6) a statement confirming whether the objector or the objector's counsel intends to appear personally at the final fairness hearing.

Objections must be submitted to the Court by mailing them to the Class Action Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco, California 94012 or by filing them in person at any location of the United States District Court for the Northern District of California. Objections must be postmarked or submitted in person by August 18, 2016 to be considered timely.

## What's the Difference Between Objecting and Excluding?

Objecting is telling the Court that you don't like something about the settlement. You can object *only if* you stay in the Class. If you object, you may still submit a Claim Form to receive the benefits of the settlement in the event the objection is overruled and the settlement is approved. Excluding yourself is telling the Court that you don't want to be part of the Class. If you exclude yourself, you have no basis to object because the case no longer affects you. You cannot both object to and exclude yourself from the settlement. Any persons who attempt both to object to and exclude themselves from the settlement will be deemed to have excluded themselves and will forfeit the right to object to or participate in the settlement or any of its terms.

## When and Where Will the Court Decide Whether to Approve the Settlement?

The Court will hold a final fairness hearing regarding the settlement at 10 a.m. on October 18, 2016 at San Jose Courthouse, Courtroom 5 – 4th Floor, 280 South 1st Street, San Jose, California. At that hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will listen to people who have asked to speak at the hearing. The Court also will decide how much to pay to Class Counsel and the Class Representatives. After the hearing, the Court will decide whether to approve the settlement. Class Counsel do not know how long those decisions will take.

The final fairness hearing date or time may be changed without further notice. Any change to the final fairness hearing date or time will be posted on the Settlement Website, www.CARecordedCallsSettlement.com, and on the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov.

## Do I Have to Come to the Hearing?

No. Class Counsel will answer questions the Court may have. But you are welcome to come at your own expense. If you submit an objection, you don't have to come to Court to talk about it. As long as you submit your written objection on time, the Court will consider it. You also may have your own lawyer attend at your own expense, but doing so is not necessary.

You may ask the Court for permission to speak at the final fairness hearing. To do so, you must submit an objection and include a statement that you intend to appear in the objection. You cannot speak at the hearing if you excluded yourself from the settlement.

## What Happens if I Do Nothing At All?

If you do nothing, you will remain in the Settlement Class and will be bound by the terms of the settlement and all of the Court's orders including the Release. This also means that you will not receive any settlement benefits and can't sue or be part of any other lawsuit against Defendants or the Released Parties about the issues in this case.

## Are There More Details About the Settlement?

This notice summarizes the proposed settlement. For the precise terms and conditions of the settlement, please see the Settlement Agreement and Release. You can get a copy of the Settlement Agreement and Release and other case documents through the Settlement Website, www.CARecordedCallsSettlement.com, by calling 1-800-889-8319, by writing to the Claims Administrator at Hotel Call Recording Settlement Claims Administrator, c/o Rust Consulting, P.O. Box 2506, Faribault, MN 55021-9506, by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 280 South 1st Street, Room 2112, San Jose, California, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays. You also can contact Class Counsel:

Eric A. Grover, Esq.
KELLER GROVER LLP
1965 Market Street
San Francisco, California  94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
eagrover@kellergrover.com

Scot Bernstein, Esq.
LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:  (916) 447-0100
Facsimile: (916) 933-5533
swampadero@sbernsteinlaw.com

**PLEASE DO NOT CALL THE COURT, THE COURT CLERK'S OFFICE, DEFENDANTS OR DEFENDANTS' COUNSEL WITH ANY QUESTIONS RELATED TO THE SETTLEMENT.**

# EXHIBIT "D"

🔗 https://carecordedcallssettlement.com

Apps ★ Bookmarks 🔘 RSRS Login ⊕ Elite WebView 🗋 PDF Images - view 🗋 VI Mgmt 🗋 Halogen 🗋 Mail Log 2012 - All Iten ✒ Summit ✒ Rust MFT Logi

*Joyce Roberts v. Wyndham Hotels and Resorts, LLC*

A A **A**

---

**CLASS ACTION LAWSUIT**
*Last Updated: August 1, 2016*

---

**HOME**

---

**COMMONLY ASKED QUESTIONS**

**FILE A CLAIM NOW**

---

**IMPORTANT DATES**

---

**COURT DOCUMENTS**

---

**CONTACT US**

---

📄 **DOWNLOAD ACROBAT READER**
Adobe Reader is free and is required to view and print documents on this site.

## Welcome

This website has been established to provide information regarding a Settlement in a class action lawsuit concerning whether California residents who, while physically located in California, called one or more toll-free telephone numbers associated with Wyndham Rewards®, Wyndham Hotels and Resorts®, Wyndham Grand® Hotels and Resorts, Wyndham Garden® Hotels, Travelodge®, Ramada®, Knights Inn®, Wingate®, Days Inn®, Super 8®, Baymont®, Hawthorn®, Microtel®, or Tryp® between May 1, 2011 and March 23, 2012, inclusive, were routed to a call center operated by a third-party vendor (Aegis), spoke with a representative and were recorded without notice. The Court did not decide in favor of the Class Representative, Class Members or Defendants, and Defendants deny any liability or wrongdoing of any kind associated with the claims in this class action.

- You may be eligible for a payment if you qualify and timely submit a valid Claim Form by September 3, 2016.
- Your rights and options, and the deadlines to exercise them, are explained HERE.
- The Court in charge of this case still has to decide whether to approve this settlement. Settlement payments will be made if the Court approves the settlement and after any appeals are resolved. Please be patient.



---

**DISCLAIMER**

This site is not operated by Wyndham Hotels and Resorts®. This class action Settlement is supervised by the Court and is administered by an administration firm that handles all aspects of claims processing. Wyndham Hotels and Resorts® is not authorized to respond to questions from members of the Settlement Class regarding the Settlement. Please do not contact either Wyndham Hotels and Resorts® or the Court with

# EXHIBIT "E"



PREPARED FOR:
*Wyndham*
March 29, 2016

PREPARED BY:
Tiffaney Janowicz
303-495-5501
tjanowicz@rustconsulting.com

## Class Data Management[1]

| | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Receive and Process Database | 1 | One-Time Fee | 2,500 | 2,500 |
| Reverse Address Lookup | 22,260 | Hits | 0.10 | 2,226 |
| | | | SUBTOTAL | **$4,726** |

## Legal Notification[2]

**INITIAL NOTICE**

| | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Send Email Notice | 41,500 | Emails | 0.04 | 1,660 |
| CASS/NCOA/LACS Processing | 1 | One-Time Fee | 250 | 250 |
| Notice Design, Mailing Setup and Coordination | 25 | Hours | 160 | 4,000 |
| Print and Mail Notice Postcard with Claim Card | 75,205 | Notices | 0.13 | 9,777 |
| Postage - Notice Postcard | 75,205 | Notices | 0.29 | 21,809 |

**FOLLOW-UP TO INITIAL NOTICE**

| | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Receive Undeliverable Mail and Update Database | 7,897 | Notices | 0.35 | 2,764 |
| Coordinate Remailing (Assume 3 Mailings) | 3 | Hours | 160 | 480 |
| Address Trace | 7,521 | Traces | 0.25 | 1,880 |
| Email Address Trace | 12,450 | Traces | 0.25 | 3,113 |
| Re-Mail Individual Notice | 6,392 | Notices | 0.50 | 3,196 |
| Postage - Re-mail Notice | 6,392 | Notices | 0.35 | 2,237 |
| Re-Email Individual Notice (Batch Min $1200) | 1 | Batch | 1,200 | 1,200 |
| Print and Mail - Individual Notice Requests | 100 | Requests | 2.00 | 200 |
| Postage - Individual Notice Requests | 100 | Requests | 0.49 | 49 |

**REMINDER POSTCARD**

| | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Print and Mail Reminder Postcard with Claim Card | 71,445 | Notices | 0.13 | 9,288 |
| Postage - Reminder Postcard | 71,445 | Notices | 0.29 | 20,719 |

**PUBLISHED NOTICE**

| | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Publication | 1 | One-Time Fee | | TBD |

**WEBSITE**

| | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Setup and Load Documents | 1 | One-Time Fee | 1,500 | 1,500 |
| Draft and Post Website Content | 10 | Hours | 160 | 1,600 |
| Develop Online Claim Filing Screens | 30 | Hours | 180 | 5,400 |
| Monthly Maintenance/Hosting | 12 | Months | 325 | 3,900 |
| | | | SUBTOTAL | **$95,022** |

## Claims Processing[3]

**OPT-OUTS AND CORRESPONDENCE**

| | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Process | 10 | Hours | 75 | 750 |

**HARD COPY CLAIM FORMS**

| | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Draft Claims Procedures, Training and Reports | 8 | Hours | 160 | 1,280 |
| Receipt, Imaging and Data Capture | 3,384 | Claims | 1.25 | 4,230 |

**ONLINE CLAIM FORMS**

| | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Download Forms from Website & Update Database | 7,897 | Claims | 0.20 | 1,579 |



PREPARED FOR:
*Wyndham*
March 29, 2016

PREPARED BY:
**Tiffaney Janowicz**
**303-495-5501**
**tjanowicz@rustconsulting.com**

| VALIDATION | VOLUME | | RATE ($) | TOTAL ($) |
|---|---|---|---|---|
| Validate Claims - Blended Rate | 20 | Hours | 100 | 2,000 |

| PROCESS DEFICIENT CLAIM FORMS | | | | |
|---|---|---|---|---|
| Sort, QC and Review | 85 | Claims | 1.60 | 135 |
| Generate Cure Letter and Mail | 85 | Letters | 2.70 | 228 |
| Receive Response, Process and Update Database | 63 | Responses | 1.60 | 102 |
| | | | SUBTOTAL | $10,305 |

## ◢ Call Center[4]

| | | | | |
|---|---|---|---|---|
| Set-up | 1 | One-Time Fee | 1,000 | 1,000 |
| Draft Scripting, Coordination and Reports | 10 | Hours | 160 | 1,600 |
| Interactive Voice Response (Automated Q&A) | 4,512 | Minutes | 0.35 | 1,579 |
| Call Center Management | 6 | Hours | 130 | 780 |
| Calls Reviewed and Returned By CSRs | 60 | Hours | 54 | 3,240 |
| Notice Requests | 100 | Requests | 1.45 | 145 |
| 800# Charges | 6,768 | Minutes | 0.12 | 812 |
| | | | SUBTOTAL | $9,157 |

## ◢ Distribution and Tax Reporting

| FUND DISTRIBUTION | | | | |
|---|---|---|---|---|
| Fund Distribution Coordination and Reports | 20 | Hours | 160 | 3,200 |
| Create Distribution Files, Quality Control | 10 | Hours | 180 | 1,800 |
| Print and Mail Payments | 11,260 | Payments | 0.44 | 4,954 |
| Postage - Award Payments | 11,260 | Payments | 0.49 | 5,517 |
| System Charges Banking Activities - per check[5] | 11,260 | Payments | 0.20 | 2,252 |
| Account Reconciliation (1 hour/month) | 7 | Months | 155 | 1,085 |
| System Charges Banking Activities | 7 | Months | 225 | 1,575 |

| REISSUE PROCESSING/BANKING | | | | |
|---|---|---|---|---|
| Manage Reissue Process, Resolve Issues | 4 | Hours | 125 | 500 |
| Receive Undeliverable Payments and Update Database | 115 | Payments | 1.00 | 115 |
| Address Trace | 113 | Traces | 1.30 | 146 |
| Print and Mail Reissue Payments (minimum $250/batch) | 2 | Batches | 250 | 500 |

| TAX REPORTING | | | | |
|---|---|---|---|---|
| Annual Fee -QSF Income Tax Reporting | 1 | Years | 1,750 | 1,750 |
| Individual Income Tax Reporting (1099) | 1 | Years | 2,000 | TBD |
| | | | SUBTOTAL | $23,395 |



PREPARED FOR:
*Wyndham*
March 29, 2016

PREPARED BY:
**Tiffaney Janowicz**
**303-495-5501**
**tjanowicz@rustconsulting.com**

## Fees[6]

| | | | | |
|---|---|---|---|---|
| Project Management - Blended Rate | 80 | Hours | 160 | 12,800 |
| Technical Consulting - Blended Rate | 50 | Hours | 180 | 9,000 |
| | | | **SUBTOTAL** | **$21,800** |

## Expenses

| | | | | |
|---|---|---|---|---|
| Other Charges and Out-of-pocket Costs[7] | | | | *As Incurred* |
| | | | **SUBTOTAL** | **As Incurred** |

## Total Estimated Cost                    $164,404

1. "Receive and Process Database" assumes that data is complete, standardized, and consistent with respect to the formatting and data components needed to mail and calculate settlement payments. Rust prefers tab delimited text file with field headers, but without text qualifiers. (Other formats may be accepted at Rust's discretion.) Data that requires additional efforts can take a significant amount of time and should be considered when setting key settlement dates, especially the mailed notice deadline. Resources used to enhance or further develop non-standardized data will be billed on a time and materials basis according to Rust's current standard hourly rates.

2. Notice Package: Print and mail per unit price is estimated. Actual prices will be provided after form is finalized, prior to mailing. Notice package upon request includes full notice and claim form.

3. Claims Processing: "Receipt and Process" includes open, date stamp, label and data capture a 1-page claim form with up to five fields. "Validate" includes accepting or rejecting claims, handling disputes and curing deficient claims.

4. Call Center: The above amounts are estimates based on assumptions noted on Page 2.  Actual amounts incurred will be billed on a monthly basis. A minimum charge of $500 per month will be billed for providing telephone support.

5. Check Processing Charge includes bank activities (electronic clearing, exchange of positive pay files, payment voiding, and online portal usage) and positive pay file review including exception handling. Exceptions occur when the check number and amount shown on payments presented to the bank do not match the original payment file and may arise from check scanning errors, fraud attempts, etc.

6. Fees are estimated and will be billed on actual time expended based on the rates found in the current standard Hourly Rates. The rates included in the estimate are a blended estimate of the rates listed above.

7. Out-of-Pocket Expenses: Includes post office box rental, overnight shipments, postage, labels, travel, long distance, data storage and other miscellaneous charges and expenses.

PRIVILEGED AND CONFIDENTIAL (PAGE 5 OF 6)