UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOYCE ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>WYNDHAM HOTELS AND RESORTS, LLC, et al.,<br><br>    Defendants. | Case No. 12-cv-05083-LB<br><br>**JUDGMENT** |

On October 27, 2016, the court granted the plaintiff's unopposed motion for approval of the class-action settlement, approved the settlement, and dismissed the case with prejudice and authorized entry of judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby ENTERS judgment in favor of the plaintiff and against the defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 27, 2016

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT (No.12-cv-05083-LB)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JUDGMENT (No.12-cv-05083-LB)          2